**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MANUEL CALOCA- HERNANDEZ,<br><br>　　　　　　　　Defendant. | Case No. **22cr1842-RBM**<br>　　　　　　　**22mj8506**<br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) (Felony) |

The United States Attorney charges:

Count 1

On or about July 17, 2022, within the Southern District of California, defendant, JESUS MANUEL CALOCA-HERNANDEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 2

On or about July 17, 2022, within the Southern District of California, defendant, JESUS MANUEL CALOCA- HERNANDEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DTK:sc:8/2/2022

DATED: __08/02/2022__ .

RANDY S. GROSSMAN
United States Attorney

*/s/ Derek Ko*

DEREK T. KO
Assistant U.S. Attorney