# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL CALOCA-HERNANDEZ,<br><br>Defendant. | CASE NO.:  22CR1842-RBM<br><br>Hon. Ruth Bermudez Montenegro<br>Date: October 14, 2022<br><br>ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for October 14, 2022, be continue to **November 18, 2022, at 9:00 a.m.** The Court finds that the time is excludable under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 10/5/2022                         By: _____
                                              Hon. Ruth Bermudez Montenegro
                                              United States District Judge

22CR1842-RBM