**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 22-cr-1842-RBM |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** <br> **\*\*\*SUPERSEDING\*\*\*** |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) (Felony) |
| JESUS MANUEL CALOCA- HERNANDEZ, Defendant. | |
| | Title 18, U.S.C., Sec 545 – Importing Merchandise Into the United States Contrary to Law |

The United States Attorney charges:

<u>Count 1</u>

On or about July 17, 2022, within the Southern District of California, defendant, JESUS MANUEL CALOCA-HERNANDEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 2</u>

On or about July 17, 2022, within the Southern District of California, defendant, JESUS MANUEL CALOCA- HERNANDEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide

DTK:2/21/2023

(Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 3

On or about July 17, 2022, within the Southern District of California, defendant JESUS MANUEL CALOCA-HERNANDEZ, did knowingly import and bring into the United States, merchandise contrary to law, in violation of Title 19, United States Code, Section 1461; all in violation of Title 18, United States Code, Section 545.

DATED: February 21, 2023.

RANDY S. GROSSMAN
United States Attorney

DEREK T. KO
Assistant U.S. Attorney